RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Plaintiffs and Counter-Defendants STEPHAN JENKINS, THIRD EYE BLIND, INC., 3EB TOURING, INC. and STEPHAN JENKINS PRODUCTIONS, INC.*

JAMES A. MURPHY, ESQ. (SBN 062223)
HARLAN B. WATKINS, ESQ. (SBN 176458)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

*Attorneys for Defendant and Cross-Claimant HISCOCK & BARCLAY, LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS IRVING MANDELBAUM, an individual; SELVERNE, MANDELBAUM & MINTZ, LLP, a New York limited liability partnership; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; and DOES 1 through 500, inclusive, | Case No.: CV-11-0211 EMC<br><br>**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COUNTER-CLAIMANT HISCOCK & BARCLAY, LLP'S COUNTERCLAIM**<br><br>[N.D. CAL. CIV. L.R. 6-1(a)]<br><br>[P~~ROPO~~SED] ORDER<br><br>(E-filing)<br><br>Hon. Edward M. Chen, Presiding |

| | |
|---|---|
| 1 | Defendants. |
| 2 | |
| 3 | HISCOCK & BARCLAY, LLP, a New York limited liability partnership, |
| 4 | Counter-Claimant, |
| 5 | vs. |
| 6 | STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counter-Defendants. |

Pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Counter-Defendants STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation (collectively, "Plaintiffs" or "Counter-Defendants"), on the one hand, and Defendants and Counter-Claimant HISCOCK & BARCLAY, LLP, a New York limited liability partnership ("Defendant" or "Counter-Claimant"), on the other hand, by and through their undersigned counsel, that Counter-Defendants' time to respond to Counter-Claimant's Counterclaim (filed on January 21, 2011 [Docket No. 10]) is extended up to and including May 16, 2011.  Counter-Defendants' motion to dismiss the Counterclaim was denied on April 22, 2011.  This change will not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED.

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: May 12, 2011          By:   /s/ _____
James Murphy
*Attorneys for Defendant and Cross-Claimant*
*HISCOCK & BARCLAY, LLP*

IDELL & SEITEL LLP

Dated: May 12, 2011        By:    /s/
                                  Richard Idell
                                  Ory Sandel
                                  *Attorneys for Plaintiffs and Counter-Defendants*
                                  STEPHAN JENKINS, THIRD EYE BLIND, INC.,
                                  3EB TOURING, INC. and STEPHAN JENKINS
                                  PRODUCTIONS, INC.

### ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Harlan B. Watkins, the above signatory.

                                  IDELL & SEITEL LLP

Dated: May 12, 2011        By:    /s/
                                  Richard Idell
                                  Ory Sandel
                                  *Attorneys for Plaintiffs and Counter-Defendants*
                                  STEPHAN JENKINS, THIRD EYE BLIND, INC.,
                                  3EB TOURING, INC. and STEPHAN JENKINS
                                  PRODUCTIONS, INC.

### [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 5/25/11

                                  Hon. Edward M. Chen
                                  United States District Court
                                  Northern District of California

*IT IS SO ORDERED*
*Judge Edward M. Chen*

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On May 13, 2011, I served the following document(s):

**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COUNTER-CLAIMANT HISCOCK & BARCLAY, LLP'S COUNTERCLAIM; [N.D. CAL. CIV. L.R. 6-1(a)]; [PROPOSED] ORDER**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

| | |
|---|---|
| JOSEPH RIMAC<br>WILLIAM REILLY<br>**RIMAC MARTIN, P.C.**<br>1051 Divisadero Street<br>San Francisco, California 94115<br>Telephone (415) 561-8440<br>Facsimile (415) 561-8430<br>Email: Jrimac@rimacmartin.com<br>        W_reilly@rimacmartin.com<br><br>KENNETH M. LABBATE, ESQ.<br>SANJIT SHAH, ESQ.<br>**MOUND COTTON WOLLAN & GREENGRASS**<br>One Battery Park Plaza<br>New York, NY 10004-1486<br>Telephone (212) 804-4200<br>Facsimile (212) 344-8066<br>Email: sshah@moundcotton.com,<br>klabbate@moundcotton.com<br>*Attorneys for Defendants Thomas I. Mandelbaum; and Selverne, Mandelbaum & Mintz, LLP* | JAMES A. MURPHY<br>JOHN PAUL GIRARDE<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearney Street, 10th Floor<br>San Francisco, California 94108-5530<br>Telephone (415) 788-1900<br>Facsimile (415) 393-8087<br>Email: jmurphy@mpbf.com,<br>jgirarde@mpbf.com<br>*Attorneys for Defendant Hiscock & Barclay, LLP* |

1     I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

_____
Elise Stieren