RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Plaintiffs and Counter-Defendants STEPHAN JENKINS, THIRD EYE BLIND, INC., 3EB TOURING, INC. and STEPHAN JENKINS PRODUCTIONS, INC.*

JAMES A. MURPHY, ESQ. (SBN 062223)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

*Attorneys for Defendant and Cross-Claimant HISCOCK & BARCLAY, LLP*

KENNETH M. LABBATE, ESQ. (admitted *pro hac vice*)
SANJIT SHAH, ESQ. (admitted *pro hac vice*)
DAVID A. NELSON, ESQ. (*admitted pro hac vice*)
MOUND, COTTON, WOLLAN & GREENGRASS

JOSEPH M. RIMAC, ESQ. (SBN 072381)
WILLIAM REILLY, ESQ. (SBN 177550)
RIMAC & MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendants Thomas I. Mandelbaum and Selverne, Mandelbaum & Mintz, LLP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California | Case No.: CV-11-0211 EMC<br><br>**STIPULATION RE: FURTHER** and related Case No. C11-3232 SI (Fredianelli v. Stephan Jenkins, et al) |

1

STIPULATION RE: FURTHER EXTENSION OF CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation, | **EXTENSION OF CASE MANAGEMENT CONFERENCE;** |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | (E-filing) |
| THOMAS IRVING MANDELBAUM, an individual; SELVERNE, MANDELBAUM & MINTZ, LLP, a New York limited liability partnership; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; and DOES 1 through 500, inclusive, | Hon. Edward M. Chen, Presiding |
| Defendants. | |
| HISCOCK & BARCLAY, LLP, a New York limited liability partnership, | |
| Counter-Claimant, | |
| vs. | |
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation, | |
| Counter-Defendants. | |

("PROPOSED" shown with strikethrough)

    This Stipulation is entered into by and between all of the parties to the above action through their undersigned attorneys:

    WHEREAS, the court at the last Case Management Conference ordered the case to mediation with a private mediator and ordered that the case be mediated before July 31, 2011; and

    WHEREAS, the parties sought and obtained the agreement of the parties in a related case, *Fredianelli v. Jenkins*, Action No. 11-CV-01562-R-JC (originally filed in the Central District; transferred to the Northern District) to mediate the case with the above-referenced matter; and

WHEREAS, the parties agreed to mediate both cases before the Hon. Judge Scott Snowden (Ret.) of JAMS; and

WHEREAS, the case was mediated over a two-day period, July 12 and 13, 2011; and

WHEREAS, the parties are still working on settlement and jointly believe that additional time is needed to complete the mediation process and explore settlement;

NOW THEREFORE, the parties jointly request that the Court continue the Case Management Conference now set for August 12, 2011, for at least 90 days until a date in November of 2011, continue the effectiveness of its Case Management and Pretrial Order of April 22, 2011, including, but not limited to the provision that no motion(s) for summary judgment shall be filed prior to completion of mediation, and continue the mediation completion date for 90 days or until October 31, 2011.

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: July 25, 2011     By:    /s/
                                James Murphy
                                *Attorneys for Defendant and Cross-Claimant*
                                HISCOCK & BARCLAY, LLP

MOUND COTTON WOLLAN & GREENGRASS

Dated: July 25, 2011     By:    /s/
                                Kenneth M. Labbate
                                Sanjit Shah
                                *Attorneys for Defendants Thomas I. Mandelbaum;*
                                *and Selverne, Mandelbaum & Mintz, LLP*

IDELL & SEITEL LLP

Dated: July 25, 2011     By:    /s/
                                Richard Idell
                                Ory Sandel
                                *Attorneys for Plaintiffs and Counter-Defendants*
                                *STEPHAN JENKINS, THIRD EYE BLIND, INC.,*
                                *3EB TOURING, INC. and STEPHAN JENKINS*
                                *PRODUCTIONS, INC.*

**ATTESTATION OF CONCURRENCE**

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Sanjit Shah and James Murphy, the above signatories.

IDELL & SEITEL LLP

Dated: July 25, 2011         By:   /s/_____
                                   Richard Idell
                                   Ory Sandel
                                   *Attorneys for Plaintiffs and Counter-Defendants STEPHAN JENKINS, THIRD EYE BLIND, INC., 3EB TOURING, INC. and STEPHAN JENKINS PRODUCTIONS, INC.*

**[PR~~OPOS~~ED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.  The Status Conference for both related cases is set for 11/7/11 at 10:30 a.m.  An updated Status Report shall be filed by 10/31/11.

Dated:   8/3/11         _____
                        Hon. Edward M. Chen
                        Judge of the United States District Court
                        Northern District of California



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On July 25, 2011, I served the following document(s):

**STIPULATION RE: FURTHER EXTENSION OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

| | |
|---|---|
| JOSEPH RIMAC<br>WILLIAM REILLY<br>**RIMAC MARTIN, P.C.**<br>1051 Divisadero Street<br>San Francisco, California 94115<br>Telephone (415) 561-8440<br>Facsimile (415) 561-8430<br>Email: Jrimac@rimacmartin.com<br>         W_reilly@rimacmartin.com<br><br>KENNETH M. LABBATE, ESQ.<br>SANJIT SHAH, ESQ.<br>**MOUND COTTON WOLLAN & GREENGRASS**<br>One Battery Park Plaza<br>New York, NY 10004-1486<br>Telephone (212) 804-4200<br>Facsimile (212) 344-8066<br>Email: sshah@moundcotton.com,<br>klabbate@moundcotton.com<br>*Attorneys for Defendants Thomas I. Mandelbaum; and Selverne, Mandelbaum & Mintz, LLP* | JAMES A. MURPHY<br>JOHN PAUL GIRARDE<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearney Street, 10th Floor<br>San Francisco, California 94108-5530<br>Telephone (415) 788-1900<br>Facsimile (415) 393-8087<br>Email: jmurphy@mpbf.com,<br>jgirarde@mpbf.com<br>*Attorneys for Defendant Hiscock & Barclay, LLP* |

I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

_____
Amy Reyes