RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Plaintiffs and Counter-Defendants STEPHAN JENKINS, THIRD EYE BLIND, INC., 3EB TOURING, INC. and STEPHAN JENKINS PRODUCTIONS, INC.*

JAMES A. MURPHY, ESQ. (SBN 062223)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

*Attorneys for Defendant and Cross-Claimant HISCOCK & BARCLAY, LLP*

KENNETH M. LABBATE, ESQ. (admitted *pro hac vice*)
SANJIT SHAH, ESQ. (admitted *pro hac vice*)
DAVID A. NELSON, ESQ. (*admitted pro hac vice*)
MOUND, COTTON, WOLLAN & GREENGRASS

JOSEPH M. RIMAC, ESQ. (SBN 072381)
WILLIAM REILLY, ESQ. (SBN 177550)
RIMAC & MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendants Thomas I. Mandelbaum and Selverne, Mandelbaum & Mintz, LLP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California | Case No.: CV-11-0211 EMC<br><br>**STIPULATION RE: FURTHER** |

1

STIPULATION RE: FURTHER EXTENSION OF CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>THOMAS IRVING MANDELBAUM, an individual; SELVERNE, MANDELBAUM & MINTZ, LLP, a New York limited liability partnership; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; and DOES 1 through 500, inclusive,<br><br>          Defendants.<br><br>HISCOCK & BARCLAY, LLP, a New York limited liability partnership,<br><br>          Counter-Claimant,<br><br>     vs.<br><br>STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>          Counter-Defendants. | **EXTENSION OF CASE MANAGEMENT CONFERENCE;**<br><br>**[PROPOSED] ORDER**<br><br>(E-filing)<br><br>Hon. Edward M. Chen, Presiding |

This Stipulation is entered into by and between all of the parties to the above action through their undersigned attorneys:

WHEREAS, the Court, at the Case Management Conference held on April 20, 2011, ordered the case to mediation with a private mediator and ordered that the case be mediated before July 31, 2011; and

WHEREAS, the parties sought and obtained the agreement of the parties in a related case, *Fredianelli v. Jenkins*, Action No. 11-CV-01562-R-JC (originally filed in the Central District; transferred to the Northern District) ("Fredianelli Case"), to mediate the case together with the above-referenced matter; and

STIPULATION RE: FURTHER EXTENSION OF CASE MANAGEMENT CONFERENCE

WHEREAS, the Fredianelli Case has also now been assigned to the Hon. Judge Edward Chen; and

WHEREAS, the parties agreed to mediate both cases before the Hon. Judge Scott Snowden (Ret.) of JAMS; and

WHEREAS, the two cases were mediated over a two-day period, July 12 and 13, 2011; and

WHEREAS, since the parties were still working on settlement, after the July mediation, and jointly believed that additional time was needed to complete the mediation process and negotiate a global resolution of this action and the Fredianelli Case, the parties jointly requested that the Court continue the August 12, 2011 Case Management Conference for 90 days; and

WHEREAS, the Court did continue the Case Management Conference set for August 12, 2011, to November 7, 2011, and continued the effectiveness of its Case Management and Pretrial Order of April 22, 2011, including, but not limited to the provision that no motion(s) for summary judgment shall be filed prior to completion of mediation, and continue the mediation completion date for 90 days or until October 31, 2011, by the Court's Order of August 3, 2011; and

WHEREAS, the Case Management Conference in the Fredianelli Case is also set for November 7, 2011; and

WHEREAS, although the parties' efforts to achieve a global resolution by October 31, 2011 were hindered by the decisions of certain parties in the Fredianelli Case, i.e., Plaintiff Anthony Fredianelli and Defendants David Rawson and Zeisler, Zeisler, Rawson & Johnson, LLP, to discharge the attorneys who had represented them during the July 2011 mediation sessions and retain new counsel, the parties are still working on settlement and have scheduled an additional mediation session in the Fredianelli Case for November 16, 2011; and

WHEREAS, if the parties are successful in settling this Fredianelli Case on November 16, 2011, an additional mediation session will be set in the Jenkins v. Mandelbaum case in December, 2011; and

WHEREAS, if for any reason one or both of the cases do not settle, the parties agree that a new trial date and discovery schedule will need to be set at the upcoming and continued Case Management Conferences, since the parties have not engaged in any discovery other than the limited exchange of documents, and the fact discovery cut-off date in this action is March 26, 2012.

NOW THEREFORE, the parties jointly agree to continue the Case Management Conference now set for November 7, 2011, for at least 90 days to a date after January 30, 2012, and to continue the effectiveness of the Case Management Pretrial Order of April 22, 2011, including but not limited to the provision that no motion(s) for summary judgment shall be filed prior to completion of mediation, and continue the mediation completion date for 90 days or until February 29, 2012.

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: October 25, 2011        By:    /s/
                                      James Murphy
                                      *Attorneys for Defendant and Cross-Claimant*
                                      HISCOCK & BARCLAY, LLP

MOUND COTTON WOLLAN & GREENGRASS

Dated: October 25, 2011        By:    /s/
                                      Kenneth M. Labbate
                                      Sanjit Shah
                                      *Attorneys for Defendants Thomas I. Mandelbaum;*
                                      *and Selverne, Mandelbaum & Mintz, LLP*

IDELL & SEITEL LLP

Dated: October 25, 2011        By:    /s/
                                      Richard Idell
                                      Ory Sandel
                                      *Attorneys for Plaintiffs and Counter-Defendants*
                                      STEPHAN JENKINS, THIRD EYE BLIND, INC.,
                                      3EB TOURING, INC. and STEPHAN JENKINS
                                      PRODUCTIONS, INC.

**ATTESTATION OF CONCURRENCE**

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Sanjit Shah and James Murphy, the above signatories.

IDELL & SEITEL LLP

Dated: October 25, 2011          By:   /s/
                                       Richard Idell
                                       Ory Sandel
                                       *Attorneys for Plaintiffs and Counter-Defendants*
                                       *STEPHAN JENKINS, THIRD EYE BLIND, INC.,*
                                       *3EB TOURING, INC. and STEPHAN JENKINS*
                                       *PRODUCTIONS, INC.*

**[PR~~OPOS~~ED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.  Status Conference is reset from 11/7/11 to 3/9/12 at 10:30 a.m.

Dated:  10/31/11          _____
                          Hon. Edward M. Chen
                          Judge, United States District Court
                          Northern District of California



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---
5
STIPULATION RE: FURTHER EXTENSION OF CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On October 25, 2011, I served the following document(s):

**STIPULATION RE: FURTHER EXTENSION OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

| | |
|---|---|
| JOSEPH RIMAC<br>WILLIAM REILLY<br>**RIMAC MARTIN, P.C.**<br>1051 Divisadero Street<br>San Francisco, California 94115<br>Telephone (415) 561-8440<br>Facsimile (415) 561-8430<br>Email: Jrimac@rimacmartin.com<br>       W_reilly@rimacmartin.com<br><br>KENNETH M. LABBATE, ESQ.<br>SANJIT SHAH, ESQ.<br>**MOUND COTTON WOLLAN & GREENGRASS**<br>One Battery Park Plaza<br>New York, NY 10004-1486<br>Telephone (212) 804-4200<br>Facsimile (212) 344-8066<br>Email: sshah@moundcotton.com,<br>klabbate@moundcotton.com<br>*Attorneys for Defendants Thomas I. Mandelbaum; and Selverne, Mandelbaum & Mintz, LLP* | JAMES A. MURPHY<br>JOHN PAUL GIRARDE<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearney Street, 10th Floor<br>San Francisco, California 94108-5530<br>Telephone (415) 788-1900<br>Facsimile (415) 393-8087<br>Email: jmurphy@mpbf.com,<br>jgirarde@mpbf.com<br>*Attorneys for Defendant Hiscock & Barclay, LLP* |

I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

_____
Amy Reyes

1
PROOF OF SERVICE