ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.; 3EB TOURING, INC.
and STEPHAN JENKINS PUBLISHING, INC.;

# UNITED STATES DISTRICT COURT,
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, et al.<br><br>    Cross-Defendants.<br><br>DAVID RAWSON, an Individual and ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, a California Limited Liability Partnership,<br><br>    Third Party Plaintiffs,<br><br>v.<br><br>ERIC GODTLAND, an Individual, ERIC GODTLAND MANAGEMENT, INC., a California Corporation, and DOES 1 – 10.<br><br>    Third Party Cross-Defendants | Case No.: **C11-3232 EMC**<br><br>**STIPULATION FOR CROSS-DEFENDANTS STEPHAN JENKINS, BRADLEY HARGREAVES, THIRD EYE BLIND, INC., 3EB TOURING, INC., AND STEPHAN JENKINS PUBLISHING, INC. TO FILE RESPONSE TO ERIC GODTLAND ET AL. CROSS COMPLAINT** ; ORDER |

ERIC GODTLAND, an Individual, and ERIC GODTLAND MANAGEMENT, INC., a California Corporation,

    Cross-Complainants,

v.

STEPHAN JENKINS, an Individual; BRADLEY HARGREAVES, an Individual; THIRD EYE BLIND, INC., a California Corporation; 3EB TOURING, INC., a California Corporation; STEPHAN JENKINS PUBLISHING, INC., a California Corporation; and DOES 1 – 10,

    Cross-Defendants.

Cross-Defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., and Stephan Jenkins Publishing, Inc. ("Cross-Defendants"), on the one hand, and Cross-Complainants Eric Godtland and Eric Godtland Management, Inc. ("Cross-Complainants"), on the other hand, hereby stipulate to extend the date for Cross-Defendants to file pleadings responsive to Cross-Complainants' Cross-Complaint, to December 19, 2011.

**IT IS SO STIPULATED.**

Dated: December 12, 2011.

    ABBEY, WEITZENBERG, WARREN & EMERY

    By:    /s/ Mitchell B. Greenberg
        Mitchell B. Greenberg,
        Attorneys for Defendants
        STEPHAN JENKINS, an Individual;
        BRADLEY HARGREAVES, an Individual;
        THIRD EYE BLIND, INC.;
        3EB TOURING, INC.; and
        STEPHAN JENKINS PUBLISHING, INC.

////

////

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile: (707) 542-2589

Dated: December 12, 2011.

By: /s/ James J. Corbelli
James J. Corbelli
Attorneys for Cross-Complainants ERIC GODTLAND AND ERIC GODTLAND MANAGEMENT, INC.

## ATTESTATION OF CONCURRENCE

I, Mitchell B. Greenberg, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from James J. Corbelli, the above signatory.

Dated: December 12, 2011.

ABBEY, WEITZENBERG, WARREN & EMERY

By: /s/ Mitchell B. Greenberg
Mitchell B. Greenberg,
Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.;
3EB TOURING, INC.; and
STEPHAN JENKINS PUBLISHING, INC.

**IT IS SO ORDERED.**

Dated: December __13__, 2011.

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile: (707) 542-2589

STIPULATION FOR CROSS-DEFENDANTS STEPHAN JENKINS, BRADLEY HARGREAVES, THIRD EYE BLIND, INC., 3EB TOURING, INC., AND STEPHAN JENKINS PUBLISHING, INC. TO FILE RESPONSE TO ERIC GODTLAND ET AL. CROSS COMPLAINT

# CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., and Stephan Jenkins Publishing, Inc., do hereby certify that on December 12, 2011, I electronically filed the foregoing **"STIPULATION FOR CROSS-DEFENDANTS STEPHAN JENKINS, BRADLEY HARGREAVES, THIRD EYE BLIND, INC., 3EB TOURING, INC., AND STEPHAN JENKINS PUBLISHING, INC. TO FILE RESPONSE TO ERIC GODTLAND ET AL. CROSS COMPLAINT"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: December 12, 2011.

ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Mitchell B. Greenberg_____
Mitchell B. Greenberg
Attorneys for Defendants Stephan Jenkins,
Bradley Hargreaves, Third Eye Blind, Inc.,
3EB Touring, Inc. and Stephan Jenkins
Publishing, Inc.