RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Plaintiffs and Counter-Defendants
Stephan Jenkins, Third Eye Blind, Inc., 3EB
Touring, Inc. and Stephan Jenkins Productions, Inc.*


KENNETH M. LABBATE, ESQ. (admitted *pro hac vice*)
SANJIT SHAH, ESQ. (admitted *pro hac vice*)
DAVID A. NELSON, ESQ. (admitted *pro hac vice*)
MOUND, COTTON, WOLLAN & GREENGRASS

JOSEPH M. RIMAC, ESQ. (SBN 072381)
WILLIAM REILLY, ESQ. (SBN 177550)
RIMAC & MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendants Thomas I. Mandelbaum
and Selverne, Mandelbaum & Mintz, LLP*


JAMES A. MURPHY, ESQ. (SBN 062223)
HARLAN B. WATKINS, ESQ. (SBN 176458)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

*Attorneys for Defendant and Cross-Claimant
Hiscock & Barclay, LLP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JOINT MOTION FOR ADMINISTRATIVE RELIEF

1

|  |  |
|---|---|
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>        Plaintiffs,<br><br>     vs.<br><br>THOMAS IRVING MANDELBAUM, an individual; SELVERNE, MANDELBAUM & MINTZ, LLP, a New York limited liability partnership; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; and DOES 1 through 500, inclusive,<br><br>        Defendants. | Case No.: CV-11-0211 EMC<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO ADVANCE STATUS CONFERENCES IN *JENKINS v. MANDELBAUM* AND *FREDIANELLI v. JENKINS;***<br><br>**[PR*O*POSED] ORDER**<br><br>**Date**: February 7, 2012<br><br>Hon. Edward M. Chen, Presiding<br><br>(E-filing)<br><br>  **\*\*and for Related Case C11-3232 EMC**<br>  **Fredianelli v. Jenkins** |
| HISCOCK & BARCLAY, LLP, a New York limited liability partnership,<br><br>        Counter-Claimant,<br><br>     vs.<br><br>STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>        Counter-Defendants. |  |

      COME NOW, the following Parties in United States District Court, Northern District of California, Case No. CV-11-0211 EMC, styled as *Jenkins v. Mandelbaum* case (hereinafter the "Jenkins Action"):

      1.    Plaintiffs and Cross-defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc., and Stephan Jenkins Productions, Inc. (collectively, "Plaintiffs");

      2.    Defendants Thomas I. Mandelbaum and Selverne, Mandelbaum & Mintz, LLP (collectively, the "Mandelbaum Defendants"); and

      3.    Defendant and Counter-Claimant Hiscock & Barclay, LLP (the "Hiscock Firm");

and the following parties in United States District Court, Northern District of California, Case No. 3:11-CV-3232-EMC, styled as *Fredianelli v. Jenkins* (hereinafter the "Fredianelli Action"):

1. Defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc., Stephan Jenkins Productions, Inc. and 3EB Publishing (collectively, the "Jenkins Defendants");
2. Defendant Thomas I. Mandelbaum ("Mandelbaum");
3. Defendant the Hiscock Firm;
4. Defendant David Rawson ("Rawson");
5. Defendant Zeisler, Zeisler, Rawson & Johnson, LLP (the "Rawson Firm"); and
6. Defendant EMI Blackwood Music, Inc.

and hereby jointly file this motion for administrative relief to advance the Status Conferences in the Jenkins Action and the Fredianelli Action **from March 9, 2012 to February 17, 2012**. The plaintiff in the Fredianelli Action, Anthony Fredianelli ("Fredianelli"), is not a party to this joint motion. Although attempts were made to obtain his stipulation to the relief requested, he has not been responsive to those requests; for that reason, a global stipulation is not possible.

A.   **BACKGROUND.**

The Jenkins Action was filed on December 2, 2010 in California state court and removed to this Court on January 13, 2011. The first Case Management Conference in the Jenkins Action was held on April 20, 2011. At that time, the Court set a trial date of August 13, 2012 and issued a Case Management and Pre-trial Order on April 22, 2011. A Status Conference was scheduled for August 10, 2011. In its scheduling order, the Court limited discovery and motion practice, as quoted below.

Subsequently, the Fredianelli Action, which was originally filed on February 22, 2011 in the Central District of California, was transferred to this Court and assigned to the Honorable Edward M. Chen.

The parties to both actions attended a two-day mediation with Hon. Scott Snowden (Ret.) in July of 2011.

On August 3, 2011, the Court ordered a Status Conference in both actions set for November 7, 2011. On the request of all the parties, because of a pending additional mediation session, that Status Conference was continued to March 9, 2012.

In the meantime, efforts continued to try to mediate the case and settle it. As noted above, mediation sessions were held on July 12 and 13, 2011. In August 2011, Fredianelli discharged the attorneys who had represented him during the July mediation sessions, and retained new counsel. Following that mediation, attempts were made to have a follow-up mediation in the Fredianelli Action, and the parties all reserved November 16, 2011 for an all day mediation session with retired Judge Snowden. Several days prior to the mediation, Fredianelli's counsel advised that neither he, nor his client, would be appearing at the mediation, and that he would be filing a motion to withdraw shortly thereafter. The mediation was therefore cancelled. Subsequently, by motion filed on December 22, 2011, the attorneys whom Fredianelli retained in August 2011sought to withdraw; the Court granted that motion on January 23, 2012 (*see* Docket Nos. 107-109, 115).

On January 24, 2012, the Court issued Orders in the Jenkins Action that set the trial date for September 4, 2012, leaving the non-expert discovery cut-off date for March 26, 2012, as originally ordered by the Court in its April 22, 2011 Order.

B.      **RELIEF REQUESTED**.

The Court's April 22, 2011 Case Management and Pre-trial Order in the Jenkins Action states, in pertinent part:

> "The parties shall complete early disclosures and exchange documents informally. Parties may propound narrowly tailored written discovery necessary to prepare for mediation. All other discovery (including depositions) shall be stayed pending completion of mediation. Parties shall not file any motion(s) for summary judgment before mediation is completed. Should mediation fail, any further discovery shall be taken pursuant to further order of the Court."

As a consequence of ongoing mediation and settlement discussions, the parties have not conducted discovery and have not engaged in any motion practice. Given that situation, the parties cannot reasonably comply with the existing March 26, 2012 non-expert discovery cut-off date and other deadlines imposed by the Court's January 24, 2012 Order in the Jenkins Action.

JOINT MOTION FOR ADMINISTRATIVE RELIEF
4

Moreover, all parties to this joint motion agree that the Fredianelli Action must be disposed of before the Jenkins Action can be tried. The reason for this is simple: The outcome of the Fredianelli Action will significantly impact the amount of damages sought in the Jenkins Action.

Accordingly, so that all these issues can be determined with all of the available parties present, and at a date earlier than the presently-set March 9, 2012 Status Conference, the parties hereto respectfully request that the March 9, 2012 Status Conference be advanced to February 17, 2012.

As an additional reason for the requested date change is a scheduling conflict as to Richard J. Idell, counsel for Plaintiffs in the Jenkins Action, and Mitchell Greenberg, Mr. Jenkins' counsel in the Fredianelli Action; the parties believe that it is important that lead trial counsel be present.

IDELL & SEITEL LLP

Dated: February 1, 2012        By:    /s/
                                      Richard J. Idell
                                      Ory Sandel
                                      *Attorneys for Plaintiffs and Counter-Defendants*
                                      *Stephan Jenkins, Third Eye Blind, Inc., 3EB*
                                      *Touring, Inc. and Stephan Jenkins Productions, Inc.*


MOUND, COTTON, WOLLAN & GREENGRASS

Dated: February 1, 2012        By:    /s/
                                      Kenneth M. Labbate
                                      Sanjit Shah
                                      David A. Nelson

                                      Joseph M. Rimac
                                      William Reilly
                                      RIMAC & MARTIN, P.C.
                                      1051 Divisadero Street
                                      San Francisco, CA 94115
                                      *Attorneys for Defendants Thomas I. Mandelbaum*
                                      *and Selverne, Mandelbaum, & Mintz, LLP*

|   |   |   |
|---|---|---|
|   |   | MURPHY, PEARSON, BRADLEY & FEENEY |
| Dated: February 1, 2012 | By: | /s/ |
|   |   | James A. Murphy |
|   |   | Harlan B. Watkins |
|   |   | *Attorneys for Defendant and Cross-Claimant* |

Hiscock & Barclay, LLC

### ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Sanjit Shah and James A. Murphy, the above signatories.

|   |   |   |
|---|---|---|
|   |   | IDELL & SEITEL LLP |
| Dated: February 1, 2012 | By: | /s/ |
|   |   | Richard Idell |
|   |   | Ory Sandel |
|   |   | *Attorneys for Plaintiffs and Counter-Defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc. and Stephan Jenkins Productions, Inc.* |

### [PROP~~OSE~~D] ORDER

The Court, having reviewed the above joint motion, and having considered all of the papers filed thereon, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Status Conferences in the Jenkins Action and the Fredianelli Action now scheduled for March 9, 2012 at 10:30 a.m. is hereby advanced to <u>February 17</u>, 2012 at 10:30 a.m.

SO ORDERED.

Dated: <u>  2/2/12  </u>



Hon. Edward M. Chen
Judge of the United States District Court
Northern District of California

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On February 1, 2012, I served the following document(s):

**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO ADVANCE STATUS CONFERENCES IN JENKINS v. MANDELBAUM AND FREDIANELLI v. JENKINS;**

**[PROPOSED] ORDER**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

| | |
|---|---|
| JOSEPH RIMAC<br>WILLIAM REILLY<br>**RIMAC MARTIN, P.C.**<br>1051 Divisadero Street<br>San Francisco, California 94115<br>Telephone (415) 561-8440<br>Facsimile (415) 561-8430<br>Email: Jrimac@rimacmartin.com<br>    W_reilly@rimacmartin.com<br><br>KENNETH M. LABBATE, ESQ.<br>SANJIT SHAH, ESQ.<br>**MOUND COTTON WOLLAN & GREENGRASS**<br>One Battery Park Plaza<br>New York, NY 10004-1486<br>Telephone (212) 804-4200<br>Facsimile (212) 344-8066<br>Email: sshah@moundcotton.com,<br>klabbate@moundcotton.com<br>*Attorneys for Defendants Thomas I. Mandelbaum; and Selverne, Mandelbaum & Mintz, LLP* | JAMES A. MURPHY<br>JOHN PAUL GIRARDE<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearney Street, 10th Floor<br>San Francisco, California 94108-5530<br>Telephone (415) 788-1900<br>Facsimile (415) 393-8087<br>Email: jmurphy@mpbf.com,<br>jgirarde@mpbf.com<br>*Attorneys for Defendant Hiscock & Barclay, LLP* |

I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

_____
Christy Holdt