RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Plaintiffs and Counter-Defendants STEPHAN JENKINS, THIRD EYE BLIND, INC., 3EB TOURING, INC. and STEPHAN JENKINS PRODUCTIONS, INC.*

JAMES A. MURPHY, ESQ. (SBN 062223)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

*Attorneys for Defendant and Cross-Claimant HISCOCK & BARCLAY, LLP*

KENNETH M. LABBATE, ESQ. (admitted *pro hac vice*)
SANJIT SHAH, ESQ. (admitted *pro hac vice*)
DAVID A. NELSON, ESQ. (*admitted pro hac vice*)
MOUND, COTTON, WOLLAN & GREENGRASS

JOSEPH M. RIMAC, ESQ. (SBN 072381)
WILLIAM REILLY, ESQ. (SBN 177550)
RIMAC & MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendants Thomas I. Mandelbaum and Selverne, Mandelbaum & Mintz, LLP*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California | Case No.: CV-11-0211 EMC<br><br>**STIPULATION RE: CONTINUANCE OF** |

1

| | |
|---|---|
| corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THOMAS IRVING MANDELBAUM, an individual; SELVERNE, MANDELBAUM & MINTZ, LLP, a New York limited liability partnership; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; and DOES 1 through 500, inclusive,<br><br>        Defendants.<br><br>HISCOCK & BARCLAY, LLP, a New York limited liability partnership,<br><br>        Counter-Claimant,<br><br>    vs.<br><br>STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>        Counter-Defendants. | **STATUS CONFERENCE;**<br>**[PROPOSED] ORDER**<br>(E-filing)<br>Hon. Edward M. Chen, Presiding |

        This Stipulation is entered into by and between all of the parties to the above action through their undersigned attorneys:

        WHEREAS, at the status conference held on August 24, 2012, the Court scheduled a further status conference for November 30, 2012; and

        WHEREAS, at the status conference held on August 24, 2012, the Court ordered that further discovery and motions are stayed until further order pending developments in the related *Fredianelli v. Jenkins* case; and

        WHEREAS, since August 24, 2012, the parties have agreed to hold a Settlement Conference before Magistrate Judge Jacqueline Scott Corley; and

WHEREAS, Judge Corley has ordered that the Settlement Conference shall be held on January 8, 2013; and

WHEREAS, the parties agree that, in light of Judge Corley's order scheduling the Settlement Conference for January 8, 2013, a continuance of the November 30, 2012 Status Conference, to a date after January 8, 2013, is appropriate and will conserve the parties' and judicial time and resources; and

WHEREAS, the parties agree that a continuation of the stay on further discovery and motions ordered on August 24, 2012 is appropriate and will conserve the parties' and judicial time and resources;

NOW THEREFORE, the parties jointly agree: (1) that the Court should continue the Status Conference in the *Jenkins v. Mandelbaum* case, now set for November 30, 2012, to a date after January 8, 2013; and (2) that the stay on further discovery and motions until further order should remain in effect.

Dated: November 21, 2012   By: /s/

MURPHY, PEARSON, BRADLEY & FEENEY

James Murphy
*Attorneys for Defendant and Cross-Claimant*

HISCOCK & BARCLAY, LLP

Dated: November 21, 2012   By: /s/

MOUND COTTON WOLLAN & GREENGRASS

Kenneth M. Labbate
Sanjit Shah
*Attorneys for Defendants Thomas I. Mandelbaum; and Selverne, Mandelbaum & Mintz, LLP*

Dated: November 21, 2012   By: /s/

IDELL & SEITEL LLP

Richard Idell
Ory Sandel
*Attorneys for Plaintiffs and Counter-Defendants STEPHAN JENKINS, THIRD EYE BLIND, INC., 3EB TOURING, INC. and STEPHAN JENKINS PRODUCTIONS, INC.*

**ATTESTATION OF CONCURRENCE**

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Sanjit Shah and James Murphy, the above signatories.

Dated: November 21, 2012   By: /s/_____
IDELL & SEITEL LLP
Richard Idell
Ory Sandel
*Attorneys for Plaintiffs and Counter-Defendants*
STEPHAN JENKINS, THIRD EYE BLIND, INC., 3EB TOURING, INC. and STEPHAN JENKINS PRODUCTIONS, INC.

**[PR̶O̶POSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED that the Status Conference currently scheduled for November 30, 2012 shall be continued to __January 17__ at 10:30 a.m. _____, 2013. The stay on discovery and motion practice shall remain in effect pending further order of the Court. The Status Conference in the related *Fredianelli v. Jenkins* case shall remain on calendar as scheduled.

Dated: __11/26/12__    _____
Hon. E[dward M. Chen]
United States District Court
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4