RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Plaintiffs and Counter-Defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc. and Stephan Jenkins Productions, Inc.*

KENNETH M. LABBATE, ESQ. (admitted *pro hac vice*)
SANJIT SHAH, ESQ. (admitted pro hac vice)
DAVID A. NELSON, ESQ. (*admitted pro hac vice*)
MOUND, COTTON, WOLLAN & GREENGRASS

JOSEPH M. RIMAC, ESQ. (SBN 072381)
WILLIAM REILLY, ESQ. (SBN 177550)
RIMAC & MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendants Thomas I. Mandelbaum and Selverne, Mandelbaum & Mintz, LLP*

JAMES A. MURPHY, ESQ. (SBN 062223)
JOHN P. GIRARDE, ESQ. (SBN 191518)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

*Attorneys for Defendant and Cross-Claimant Hiscock & Barclay, LLP*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOINT STATUS REPORT
1

|   |   |
|---|---|
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THOMAS IRVING MANDELBAUM, an individual; SELVERNE, MANDELBAUM & MINTZ, LLP, a New York limited liability partnership; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; and DOES 1 through 500, inclusive,<br><br>　　　　　Defendants.<br><br>HISCOCK & BARCLAY, LLP, a New York limited liability partnership,<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>　　　　　Counter-Defendants. | Case No.: CV-11-0211 EMC<br><br>**JOINT STATUS CONFERENCE STATEMENT**  ; ORDER ALLOWING SANJIT SHAH TO APPEAR BY PHONE<br><br>**Date:**　February 28, 2013<br>**Time:**　10:30 a.m.<br>**Place:**　United States District Court, N.D. Cal.<br>　　　　Courtroom 5 – 17th Floor<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA 94102<br>Hon. Edward M. Chen, Presiding<br><br>(E-filing) |

　　　COME NOW, all of the parties to the above action, through their undersigned counsel, and file this updated status conference statement for the status conference to be held on February 28, 2013, pursuant to the Clerk's January 11, 2013 notice resetting status conference:

**I.　Status of the Action.**

　　　A settlement conference was held in this matter on January 8, 2013 with Magistrate Judge Jacqueline Scott Corley. The parties and/or their carrier representatives were in attendance. The case did not settle on that date, but the conference was continued and reconvened on January 9, 2013, at which time the case did settle as to all parties except Hiscock

& Barclay, LLP. The general terms of settlement were reported to Judge Corley. A long-form settlement agreement was subsequently negotiated by counsel. As of the date of the filing of this status conference statement, the parties are awaiting full execution of the settlement documentation, and anticipate that a stipulation of dismissal with prejudice as to Defendants Thomas I. Mandelbaum and Selverne, Mandelbaum & Mintz, LLP only will be filed once the consideration for the settlement is paid. Settlement discussions are continuing with Judge Corley as between Plaintiffs and Hiscock & Barclay, LLP, and if the parties are unable to settle the matter on their own, Judge Corley will schedule another session of the settlement conference. The trial date has been vacated. No new trial date can be set until the *Fredianelli v. Jenkins* action, being Case No. 11-3232, is resolved. The parties are agreeable to having Sanjit Shah, of Mound, Cotton, Wollan & Greengrass, counsel to Defendants Thomas I. Mandelbaum and Selverne, Mandelbaum & Mintz, LLP, appear by telephone for the status conference and respectfully request that he be permitted to do so.

IDELL & SEITEL LLP

Dated: February 21, 2013   By:   /s/
                                 Richard J. Idell
                                 Ory Sandel
                                 *Attorneys for Plaintiffs and Counter-Defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc. and Stephan Jenkins Productions, Inc.*

MOUND, COTTON, WOLLAN & GREENGRASS

Dated: February 21, 2013   By:   /s/
                                 Kenneth M. Labbate
                                 Sanjit Shah

                                 Joseph M. Rimac
                                 William Reilly
                                 RIMAC & MARTIN, P.C.
                                 1051 Divisadero Street
                                 San Francisco, CA 94115
                                 *Attorneys for Defendants Thomas I. Mandelbaum and Selverne, Mandelbaum, & Mintz, LLP*

|   |   |   |
|---|---|---|
|   |   | MURPHY, PEARSON, BRADLEY & FEENEY |
| Dated: February 21, 2013 | By: | /s/ |
|   |   | James A. Murphy |
|   |   | John P. Girarde |
|   |   | *Attorneys for Defendant and Cross-Claimant Hiscock & Barclay, LLC* |

### ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Sanjit Shah and John Girarde, the above signatories.

|   |   |   |
|---|---|---|
|   |   | IDELL & SEITEL LLP |
| Dated: February 21, 2013 | By: | /s/ |
|   |   | Richard J. Idell |
|   |   | Ory Sandel |
|   |   | *Attorneys for Plaintiffs and Counter-Defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc. and Stephan Jenkins Productions, Inc.* |

IT IS SO ORDERED that Sanjit Shah is allowed to appear by phone. The Court will call Mr. Shah between 10:30 and 11:30 a.m.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen