RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Plaintiffs and Counter-Defendants*
*Stephan Jenkins, Third Eye Blind, Inc., 3EB*
*Touring, Inc. and Stephan Jenkins Productions, Inc.*

JAMES A. MURPHY, ESQ. (SBN 062223)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

*Attorneys for Defendant and Cross-Claimant*
*Hiscock & Barclay, LLP*

KENNETH M. LABBATE, ESQ. (admitted *pro hac vice*)
SANJIT SHAH, ESQ. (admitted *pro hac vice*)
DAVID A. NELSON, ESQ. (*admitted pro hac vice*)
MOUND, COTTON, WOLLAN & GREENGRASS

JOSEPH M. RIMAC, ESQ. (SBN 072381)
WILLIAM REILLY, ESQ. (SBN 177550)
RIMAC & MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendants Thomas I. Mandelbaum*
*and Selverne, Mandelbaum & Mintz, LLP*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS | Case No.: CV-11-0211 EMC<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE OF DEFENDANTS** |

1

STIPULATION RE: DISMISSAL OF MANDELBAUM DEFENDANTS

|   |   |
|---|---|
| PRODUCTIONS, INC., a California corporation,<br><br>        Plaintiffs,<br><br>        vs.<br><br>THOMAS IRVING MANDELBAUM, an individual; SELVERNE, MANDELBAUM & MINTZ, LLP, a New York limited liability partnership; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; and DOES 1 through 500, inclusive,<br><br>        Defendants.<br><br>HISCOCK & BARCLAY, LLP, a New York limited liability partnership,<br><br>        Counter-Claimant,<br><br>        vs.<br><br>STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>        Counter-Defendants. | **THOMAS IRVING MANDELBAUM AND SELVERNE, MANDELBAUM & MINTZ, LLP;**<br><br>**[~~PROP~~OSED] ORDER**<br><br>(E-filing)<br><br>Hon. Edward M. Chen, Presiding |

    IT IS HEREBY STIPULATED by and between all of the parties to the above action, by and through their respective attorneys, that Defendants Thomas Irving Mandelbaum and Selverne, Mandelbaum & Mintz, LLP are hereby dismissed from this action, with prejudice. Nothing in this Stipulation shall affect claims by, between and among, Plaintiffs, on the one hand, and Hiscock and Barclay, LLP, on the other hand, all of which claims are fully reserved

                                            MURPHY, PEARSON, BRADLEY & FEENEY

Dated: April 10, 2013      By:   /s/ _____
                                                James Murphy
                                               *Attorneys for Defendant and Cross-Claimant*
                                               *Hiscock & Barclay, LLP*

|   |   |   |
|---|---|---|
|   | | MOUND COTTON WOLLAN & GREENGRASS |
| Dated: April 10, 2013 | By: | /s/ _____ |
|   |   | Kenneth M. Labbate |
|   |   | Sanjit Shah |
|   |   | *Attorneys for Defendants Thomas I. Mandelbaum; and Selverne, Mandelbaum & Mintz, LLP* |

|   |   |   |
|---|---|---|
|   |   | IDELL & SEITEL LLP |
| Dated: April 10, 2013 | By: | /s/ _____ |
|   |   | Richard Idell |
|   |   | Ory Sandel |
|   |   | *Attorneys for Plaintiffs and Counter-Defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc. and Stephan Jenkins Productions, Inc.* |

## **ATTESTATION OF CONCURRENCE**

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Sanjit Shah and James Murphy, the above signatories.

|   |   |   |
|---|---|---|
|   |   | IDELL & SEITEL LLP |
| Dated: April 10, 2013 | By: | /s/ _____ |
|   |   | Richard Idell |
|   |   | Ory Sandel |
|   |   | *Attorneys for Plaintiffs and Counter-Defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc. and Stephan Jenkins Productions, Inc.* |

## **[~~PROPOSED~~] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED that Defendants Thomas Irving Mandelbaum and Selverne, Mandelbaum & Mintz, LLP are hereby dismissed from this action, with prejudice.

Dated: 4/11/13  _____
Hon. Edward M. Chen
Judge of the
Northern District of California

*IT IS SO ORDERED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

3
STIPULATION RE: DISMISSAL OF MANDELBAUM DEFENDANTS