

MURPHY PEARSON
BRADLEY & FEENEY

WWW.MPBF.COM

A Professional Corporation

88 Kearny Street, Suite 1000
San Francisco, CA 94108
Telephone 415-788-1900
Facsimile 415-393-8087

July 3, 2013

Magistrate Judge Jacqueline Scott Corley
US District Court for the Northern District of California
450 Golden Gate Ave., 15th Floor - Courtroom F
San Francisco, CA 94102

Re:   *Stephan Jenkins, et al. v. Thomas Irving Mandelbaum, et al.*
      **USDC, North. Dist. of CA Case No. C11-0211 EMC (JSC)**

Your Honor:

     Pursuant to paragraph 3 of Your Honor's Notice of Settlement and Settlement Conference Order dated March 22, 2013 in this matter, Defendant Hiscock & Barclay, LLP respectfully requests that the Court excuse its East Coast representatives from personally attending the July 16, 2013 settlement conference. We have met and conferred with Plaintiff's counsel to determine if there are any objections to Defendant's absence from personally attending the settlement conference. Plaintiff's counsel agreed that the reasons for the excuse from personally attending the settlement conference were reasonable and warranted under the circumstances, and Plaintiff has no objection.

     Attached is a fully executed declaration from Robert A. Barrer, a partner with Hiscock & Barclay. This declaration confirms that Hiscock & Barclay's attorney of record will personally appear at the settlement conference and will have full authority to negotiate in good faith a resolution, if possible, of the claims against Hiscock & Barclay. The declaration further establishes that Hiscock & Barclay's offices are located in Syracuse, Rochester and Buffalo, NY, and that there are no direct flights from any of these cities to San Francisco. As such, personal appearance of one of Hiscock & Barclay's partners at the settlement conference in San Francisco would create an undue expense and burden on their work, and take them away from matters that require attendance in the office. Mr. Barrer will be prepared to attend the settlement conference via telephone.

     Hiscock & Barclay respectfully requests that the Court excuse it from personally appearing at the July 16, 2013 settlement conference and permit its representatives to appear by telephone. Counsel for Hiscock & Barclay will appear in person at the settlement conference with full authority to settle the action, if at all possible.

SAN FRANCISCO                        LOS ANGELES                       SACRAMENTO

<u>Jenkins v. Mandelbaum</u>
July 3, 2013
Page 2

      Thank you for your consideration.

                                                                   Very truly yours,

                                                                   John P. Girarde

Enclosure/1

cc:    Richard J. Idell

JPG.20607401.doc

Dated: July 10, 2013



DENIED
Judge Jacqueline Scott Corley