RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Plaintiffs and Counter-Defendants Stephan Jenkins, Third Eye Blind, Inc., 3EB Touring, Inc. and Stephan Jenkins Productions, Inc.*

JAMES A. MURPHY, ESQ. (SBN 062223)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

*Attorneys for Defendant and Cross-Claimant Hiscock & Barclay, LLP*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THOMAS IRVING MANDELBAUM, an individual; SELVERNE, MANDELBAUM & MINTZ, LLP, a New York limited liability partnership; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; and DOES 1 through 500, inclusive,<br><br>　　　　　　Defendants. | Case No.: CV-11-0211 EMC<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION;**<br><br>**[PR~~OP~~OSED] ORDER**<br><br>(E-filing)<br><br>Hon. Edward M. Chen, Presiding |

1
STIPULATION RE: DISMISSAL OF ENTIRE ACTION

HISCOCK & BARCLAY, LLP, a New York limited liability partnership,

        Counter-Claimant,

    vs.

STEPHAN JENKINS, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California corporation,

        Counter-Defendants.

IT IS HEREBY STIPULATED by and between all of the remaining parties to the above action, by and through their respective attorneys, that the action is hereby dismissed, in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: September 4, 2013      By:    /s/
        James Murphy
        *Attorneys for Defendant and Cross-Claimant*
        *Hiscock & Barclay, LLP*

IDELL & SEITEL LLP

Dated: September 4, 2013      By:    /s/
        Richard Idell
        Ory Sandel
        *Attorneys for Plaintiffs and Counter-Defendants*
        *Stephan Jenkins, Third Eye Blind, Inc., 3EB*
        *Touring, Inc. and Stephan Jenkins Productions, Inc.*

## ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from James Murphy, the above signatory.

IDELL & SEITEL LLP

Dated: September 4, 2013       By:   /s/
                                     Richard Idell
                                     Ory Sandel
                                     *Attorneys for Plaintiffs and Counter-Defendants*
                                     *Stephan Jenkins, Third Eye Blind, Inc., 3EB*
                                     *Touring, Inc. and Stephan Jenkins Productions, Inc.*

## [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED that this action is hereby dismissed, in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

            9/9/13
Dated: _____            _____

IT IS SO ORDERED

Judge Edward M. Chen

United States District Court
Northern District of California

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On September 4, 2013, I served the following document(s):

**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER**

☒  by regular **UNITED STATES MAIL** by placing a true and correct in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of the deposit for mailing stated in this affidavit.

JAMES A. MURPHY
JOHN PAUL GIRARDE
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearney Street, 10th Floor
San Francisco, California 94108-5530

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

_____
Kelly L. Montgomery